IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CALVIN BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:21-cv-541-ECM |
| | ) |
| MIKE KISER, *et al*., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

On May 13, 2022, the Magistrate Judge entered a Recommendation (doc. 24) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is

ORDERED as follows that:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the Defendants' motion to dismiss (doc. 9) is DENIED;

3. the Plaintiff is given leave to file an amended complaint that complies with the Recommendation of the Magistrate Judge and the Federal Rules of Civil Procedure on or before **July 12, 2022**. The Plaintiff is specifically advised that he must present his claim(s) with clarity, setting forth facts that support his claim(s); and

4. This case is referred back to the Magistrate Judge for further proceedings.

Done this 14th day of June, 2022.

           /s/ Emily C. Marks  
EMILY C. MARKS  
CHIEF UNITED STATES DISTRICT JUDGE