IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CALVIN BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:21-cv-541-ECM |
| | ) (WO) |
| MIKE KISER, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On February 7, 2023, the Magistrate Judge entered a Recommendation (doc. 37) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 37) is ADOPTED, the Defendant's motion to dismiss (doc. 31) is GRANTED, and this lawsuit is DISMISSED.

A separate Final Judgment will be entered.

DONE this 15th day of March, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE