IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CALVIN BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO. 1:21-CV-541-ECM |
| | ) | (WO) |
| MIKE KISER, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION and ORDER**

Now pending before the Court is the Plaintiff's objection and response to the Recommendation (doc. 42) filed on March 16, 2023. On February 7, 2023, the Magistrate Judge entered a Recommendation (doc. 37) that this case be dismissed. No timely objections were filed, and on March 15, 2023, the Court adopted the Recommendation of the Magistrate Judge, and dismissed this action. (Docs. 40 and 41).

On March 16, 2023, the Plaintiff filed untimely objections to the Magistrate Judge's Recommendation. The Magistrate Judge's Recommendation was adopted, and final judgment was entered prior to the Plaintiff's objection. The Plaintiff offers no explanation for his untimely filing, nor does he address this Court's entry of final judgment. The Court finds no reason to reopen this case.

Accordingly, upon consideration of the Plaintiff's objection and response to the Recommendation, and for good cause, it is

ORDERED that the Plaintiff's objection and response (doc. 42) are REJECTED as untimely.

This case is closed.

DONE this 20th day of April, 2023.

                                            /s/ Emily C. Marks
                                   EMILY C. MARKS
                                   CHIEF UNITED STATES DISTRICT JUDGE